UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CYNTHIA CLAIRE MILLER                                    CIVIL ACTION

VERSUS

CAROLYN W. COLVIN, ET AL.                                NO.: 14-00675-BAJ-EWD

RULING AND ORDER

On February 25, 2016, the Magistrate Judge recommended that "under sentence four of 42 U.S.C. § 405(g), the final decision of the Acting Commissioner of Social Security Carolyn W. Colvin, denying the applications for disability and supplemental security income benefits filed by plaintiff Cynthia Claire Miller, be affirmed and this action be dismissed." (Doc. 11 at p. 22). Objections to the Magistrate Judge's Report and Recommendation were due on March 14, 2016, and none have, to date, been filed.

The Court, having carefully reviewed the complaint, the record, and the applicable law, **APPROVES** and **ADOPTS** the **Report and Recommendation (Doc. 11)** as its opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Complaint (Doc. 1)** is **DISMISSED**.

Baton Rouge, Louisiana, this 23rd day of March, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA